

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2014

No. 04-12-00819-CR

Rafael Reyes **SMITH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR7442
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
Karen Angelini, Justice
Sandee Bryan Marion, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

The Court has considered the Appellant's Motion for Rehearing En Banc, and the motion is DENIED.

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court